IRVING TRUST COMPANY, as Trustee in Bankruptcy of MORRIS ROBINSON, Bankrupt, Respondent, v. REBECCA ROBINSON, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 622.] Present — Young, Carswell, Davis and Adel, JJ.; Taylor, J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS FRIED, an Attorney and Counselor at Law.— Respondent disbarred and his name ordered struck from the roll of attorneys. Respondent, in the United States District Court for the Eastern District of New York, was convicted of the crime of violating section 414, title 8, of the United States Code. The crime being a felony, his disbarment necessarily follows. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of JOSEPH R. HALPIN, Appellant, for a Peremptory Mandamus against BOARD OF EDUCATION OF THE CITY OF YONKERS and LILLIAN E. BELCHER and Others, Members Constituting Said Board, Respondents.— Motion of Joseph Miller, Jr., for leave to file a brief as *amicus curiæ* granted. Present — Young, Carswell, Davis and Adel, JJ.; Taylor, J., not voting.

In the Matter of the Petition of FREDERICK M. BUTLER and LEON CAMINEZ to Render and Settle Their Account as Executors of NELLIE HANNA, Deceased. FLORENCE BUTLER and Others, Respondents; HELEN M. HANNA and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of LECO MANUFACTURING CO., INC., Assignor, to RICHARD H. LERSNER, Assignee, and LOUIS LEFEVRE, Substituted Assignee, and JULIUS F. NEWMAN, Referee, Respondents; FEIN'S TIN CAN CO., INC., and MALVIN B. MARIASH, as Attorney for FEIN'S TIN CAN CO., INC., Appellants.— Motion for reargument granted and reargument set down for Wednesday, January 15, 1936. [See *ante*, p. 740.] Present — Young, Carswell, Davis, Adel and Taylor, JJ.

MALBA ASSOCIATION, Respondent, v. THERESE V. HYNDS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

FRANCOIS R. MARCEL and Another, Appellants, v. SILK-O-LITE MFG. CORP., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

DORA LYONS MORRIS, Plaintiff, v. ARTHUR J. MORRIS and HARRY F. STEVENSON, as Trustees, under a Trust Instrument Dated July 1, 1926, Defendants.— Motion for leave to file a brief as *amicus curiæ* on behalf of the United States of America granted. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

LAURA S. L. NEWHALL, Respondent, v. MARGARET McCANN and Others, Individually and as Executors and Trustees, etc., of JAMES McCANN, Deceased, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Young, Carswell, Davis, Adel and Taylor, JJ.